**Order entered December 2, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00274-CV

## WIN SHIELDS PRODUCTIONS, INC. AND WINFRED L. SHIELDS, Appellants

## V.

## SERNERICK GREER, Appellee

### On Appeal from the 191st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-13-13903

## ORDER

Before the Court is appellants' November 30, 2016 second motion for extension of deadline to file appellants' reply brief. Appellants' motion is **GRANTED**. Appellants' reply brief shall be filed by **December 30, 2016**.

/s/    ELIZABETH LANG-MIERS
        JUSTICE